UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-04440-SVW-E | Date | June 25, 2018 |
| Title | *Manny Muneton et al v. Los Angeles Unified School District et al* | | |

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER REMANDING CASE TO STATE COURT [11]

The Court has reviewed the parties' fully executed Stipulation to (1) File First Amended Complaint and (2) Extend Time to Respond to First Amended Complaint Until 30 Days After Remand to State Court, which has been concurrently filed with the proposed First Amended. The Court hereby GRANTS the Stipulation. Dkt. 11. Pursuant to 28 U.S.C. § 1332(a), this Court no longer has subject-matter jurisdiction over this matter and hereby REMANDS the case to Los Angeles Superior Court.

:

Initials of Preparer

PMC